IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUPRA TELECOMMUNICATIONS &
INFORMATION SYSTEMS, INC.,

    Plaintiff,

v.   CASE NO. 4:02cv315-RH

BELLSOUTH TELECOMMUNICATIONS,
INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

In this action plaintiff seeks an order under 9 U.S.C. §4 compelling defendant to participate in plaintiff's appeal to an arbitration appellate panel of a determination of an arbitration trial-level panel. The case was tried on September 18, 2002, with the consent of both sides. For the reasons set forth in the findings of fact and conclusions of law dictated on the record at the conclusion of the trial, I find (a) that defendant and plaintiff agreed to arbitrate disputes such as the

Entered on docket 9/20 by /mk
(Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP)
Copies sent to: _____

-15-

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2002 SEP 20  AM 11: 25

FILED

underlying dispute on the merits that now has arisen, (b) that defendant and plaintiff have submitted the underlying dispute to arbitration before a trial-level panel of the CPR Institute for Dispute Resolution, as both sides agree was and is proper, (c) that a dispute now has arisen between plaintiff and defendant regarding whether the agreement to arbitrate encompassed only arbitration at the trial level or also encompassed appellate review pursuant to the CPR Arbitration Appeal Procedure as governed by a separate set of rules, (d) that the parties did not agree that the dispute concerning whether they have agreed to appellate arbitration should be determined by either a trial- or appellate-level arbitration panel, (e) that the dispute concerning whether the parties have agreed to appellate level arbitration should be determined by this court as part of this litigation, and (f) that the parties have not agreed to appellate level arbitration. Accordingly,

IT IS ORDERED:

The clerk shall enter judgment dismissing the complaint with prejudice.

SO ORDERED this 19th day of September, 2002.

*/s/ Robert Hinkle*
Robert L. Hinkle
United States District Judge